Jeffrey G. Bradford, OSB No. 133080
  Direct:  503.802.5724
  Email:  jeff.bradford@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Facsimile:  503.274.8779

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>    v.<br><br>GPS CAPITAL MARKETS, LLC,<br><br>         Defendant. | Civil No. 3:24-cv-01854-SB<br><br>**MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO APPEAR IN RESPONSE TO PLAINTIFF'S COMPLAINT** |

**LR 7-1 CERTIFICATION**

Pursuant to LR 7-1, Defendant conferred with counsel for Plaintiff, who does not oppose this motion.

**MOTION**

Without waiving any defenses Defendant may have under Rule 12 of the Federal Rules of Civil Procedure or otherwise, pursuant to Rule 6 and LR 16-3, Defendant moves the Court for an Order extending the deadline for Defendant to appear and defend in response to Plaintiff's

PAGE 1 –  MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO APPEAR IN
            RESPONSE TO PLAINTIFF'S COMPLAINT

Complaint to January 13, 2025. This extension does not affect any currently scheduled deadlines in this case.

## MEMORANDUM

This action was filed on November 7, 2024, and Defendant was served on November 21, 2024. Defendant's deadline for its first appearance is due on December 12, 2024. Due to multiple weeks of depositions in another case and the upcoming holidays, and in order to properly represent the interests of his client, the undersigned counsel requires additional time to investigate the claims asserted and prepare an appropriate response. To that end, Defendant requests an extension to respond to the Complaint, with the new deadline of January 13, 2025. Plaintiff has agreed to this request. This extension is not sought for purposes of delay. In seeking the foregoing extension, Defendant does not waive, and expressly reserves, any and all rights, objections, arguments, and defenses relating to the Complaint and otherwise, including but not limited to all jurisdictional defenses, any arbitral rights, and the right to move to dismiss the Complaint or to move to compel arbitration of these proceedings.

DATED: December 5, 2024.

TONKON TORP LLP

By: *s/ Jeffrey G. Bradford*
Jeffrey G. Bradford, OSB No. 133080
Direct: 503.802.5724
Email: jeff.bradford@tonkon.com

*Attorneys for Defendant*