UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JESSICA MURCH**                                   Case No.: 3:24–cv–01854–SB

    Plaintiff,

**v.**

**GPS CAPITAL MARKETS, LLC**

    Defendant.

**Consent to Jurisdiction by a Magistrate Judge
and Designation of the Normal Appeal Route**

    Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

**DATED:** _____

          **Signature:** _____

**Name and OSB ID:** _____

   **E–mail Address:** _____

       **Firm Name:** _____

 **Mailing Address:** _____

    **City, State, Zip:** _____

**Parties Represented:** _____