IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JESSICA MURCH,

    Plaintiff,

v.

GPS CAPITAL MARKETS, LLC,

    Defendant.

Case No. 3:24-cv-01854-SB

ORDER

**BAGGIO, District Judge:**

    Magistrate Judge Stacie F. Beckerman issued a Findings and Recommendation on June 6, 2025, in which she recommends that this Court grant in part and deny in part Defendant's Motion to Dismiss and/or Strike. F&R, ECF No. 29. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Plaintiff filed timely objections to the Magistrate Judge's Findings and Recommendation. Pl. Obj., ECF No. 36. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the

1 – ORDER

Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation. The Court, however, declines to adopt Judge Beckerman's analysis of Plaintiff's class claims under Rule 12(f) because Plaintiff's claims are insufficient under Rule 12(b)(6). Plaintiff fails to allege facts and reasonable inferences that establish the plausibility of a certifiable class. *Garcia v. Anane Enter. LLC*, No. 2:24-cv-01993, 2025 WL 894616, at *14 (E.D. Cal. Mar. 24, 2025) ("Generally, Rule 12(b)(6) is not a proper vehicle for dismissing class claims, but district courts dismiss class allegations under the *Twombly/Iqbal* standard where the complaint lacks *any* factual allegations and reasonable inferences that establish the plausibility of class allegations.") (internal citation and quotations omitted) (emphasis in original). While Plaintiff alleges sufficient facts that she received improper communications under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, Plaintiff does not adequately allege that Defendant treated other individuals in a similar manner. *See* F&R 31–35. Accordingly, the Court agrees that Plaintiff's class claims should be dismissed under Rule 12(b)(6).

## CONCLUSION

The Court ADOPTS IN PART and DECLINES TO ADOPT IN PART Magistrate Judge Beckerman's Findings and Recommendation [29]. Defendant's Motion to Dismiss and/or Strike [7] is GRANTED in part and DENIED in part. The Court also grants Plaintiff leave to file an amended complaint within fourteen days of this Order to cure the pleading deficiencies discussed herein.

IT IS SO ORDERED.

DATED this  26th day of September, 2025.

                                              *Amy M. Baggio*
                                              _____
                                              AMY M. BAGGIO
                                              United States District Judge

3 – ORDER