Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
*Attorney for Plaintiff and the Proposed Class*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GPS CAPITAL MARKETS, LLC,<br><br>Defendant. | Case No. 3:24-cv-01854-SB<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |

Plaintiff, Jessica Murch, with the consent of Defendant, GPS Capital Markets, LLC, respectfully request that she be granted a 14 day extension within which to file the Amended Complaint in this Matter, pursuant to the District Judge's Order regarding the Magistrate Judge's Findings and Recommendations. This additional time is requested as the parties are currently engaged in good faith negotiations to attempt to resolve this matter extrajudicially, as well as in light of other pendent matters.

Dated: October 8, 2025

Respectfully submitted,
By: */s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

**CERTIFICATE OF SERVICE**

      I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

      DATED this October 8, 2025.

                                        */s/ Andrew Roman Perrong*
                                        Andrew Roman Perrong, Esq.