Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529

*Attorney for Plaintiff and the Proposed Class*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GPS CAPITAL MARKETS, LLC,<br><br>　　　　Defendant. | Case No. 3:24-cv-01854-SB<br><br>**NOTICE OF RESOLUTION AND JOINT REQUEST TO STAY** |

## NOTICE OF RESOLUTION AND JOINT REQUEST TO STAY

Plaintiff Jessica Murch ("Plaintiff") and Defendant GPS Capital Markets, LLC (individually, "Defendant," and collectively with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby respectfully informs the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter on an individual (non-class) basis. The Parties anticipate that a notice of voluntary dismissal in this regard will be filed in the next sixty (60) days. In the meantime, so that the Parties can finalize their resolution without incurring additional litigation expenses or burdening the Court, the Parties jointly and respectfully request that the Court vacate all pending case deadlines and temporarily stay the case, and that the Court retain jurisdiction and not dismiss this matter at this time.

Dated: October 16, 2025     Respectfully submitted,

By: /s/ Andrew Roman Perrong

Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529

*Attorney for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 16, 2025, the foregoing was served electronically via email to Plaintiff, sent to the email addresses for counsel of record identified on the Court's CM/ECF docket system for the above-referenced matter.

/s/ Andrew Roman Perrong

Andrew Roman Perrong, Esq.