Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
*Attorney for Plaintiff and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GPS CAPITAL MARKETS, LLC,<br><br>Defendant. | Case No. 3:24-cv-01854-SB<br><br>NOTICE OF DISMISSAL |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jessica Murch hereby gives notice that her individual claims in this action against Defendant GPS Capital Markets, LLC, are hereby voluntarily dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this January 1 2026.

                                                                                      s/ Andrew Roman Perrong
                                                                                      Andrew Roman Perrong, OSB No. 243320
                                                                                      a@perronglaw.com
                                                                                      Perrong Law LLC
                                                                                      2657 Mount Carmel Avenue
                                                                                      Glenside, PA  19038
                                                                                      Telephone: 215-225-5529
                                                                                      *Lead attorney for Plaintiff and the Proposed Class*